UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NIKKI J. THIBODEAU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10-cv-00371-JAW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed September 13, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Remand (Docket # 12) be and hereby is GRANTED, as modified at oral argument to include both physical and mental residual functional capacity assessment, and further that the Commissioner's decision be VACATED and the case REMANDED for further proceedings.

                                                 /s/ John A. Woodcock, Jr.
                                                 JOHN A. WOODCOCK, JR.
                                                 CHIEF UNITED STATES DISTRICT JUDGE

Dated this 3rd day of October, 2011