UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| NIKKI J. THIBODEAU ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:10-cv-00371-JAW |
| ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| COMMISSIONER, ) | |
| ) | |
| Defendant. ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 2, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion for Attorney Fees Pursuant to EAJA (Docket # 24) be and hereby is GRANTED in the reduced amount of Four Thousand Sixty-Eight Dollars and Nineteen Cents ($4,068.19).

SO ORDERED.

        /s/ John A. Woodcock, Jr.
        JOHN A. WOODCOCK, JR.
        CHIEF UNITED STATES DISTRICT JUDGE

Dated this 22nd day of December, 2011